| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name: MBMG HOLDING, LLC, et al. | |
| United States Bankruptcy Court for the: Southern District of Florida | ☐ Check if this is an amended filing |
| Case Number (If known): 24-_____ | |

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders  12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NEXTGEN HEALTHCARE INC.<br>18111 VON KARMAN AVE, SUITE 600<br>IRVINE, CA  92612 | CONTACT: DAVID SIDES<br>PHONE: 1-855-510-6398<br>RESULTS@NEXTGEN.COM | TRADE DEBT | | | | $749,891.64 |
| 2 | LYFT INC.<br>185 BERRY ST, STE 400<br>SAN FRANCISCO, CA  94107-1725 | CONTACT: JACOB RUDOLPH<br>PHONE: 844-250-2773<br>FAX: 415-7031758<br>JRUDOLPH@LYFT.COM | TRADE DEBT | | | | $411,972.58 |
| 3 | MCKESSON MEDICAL SURGICAL<br>6555 STATE HWY 161<br>IRVING, TX  75039 | CONTACT: STANTON MCCOMB<br>PHONE: 855-571-2100<br>CUSTOMERSERVICE@MCKESSON.COM | TRADE DEBT | | | | $170,880.34 |
| 4 | TTEC HEALTHCARE SOLUTIONS<br>6312 S FIDDLERS GREEN CIRCLE SUITE 100N<br>GREENWOOD VILLAGE, CO  80111 | PHONE: 1-800-835-3832<br>CX@TTEC.COM | TRADE DEBT | | | | $102,510.55 |
| 5 | FOX ROTHSCHILD LLP<br>PO BOX 931646<br>ALTANTA, GA  31193-1646 | CONTACT: ERIN J. LETEY, MARY BALENT LONG<br>PHONE: 206-389-1585<br>FAX: 404.962.1200<br>ELETEY@FOXROTHSCHILD.COM | TRADE DEBT | | | | $81,894.00 |
| 6 | VONAGE BUSINESS<br>101 CRAWFORDS CORNER RD, STE 2416<br>4TH FL, BLDG 2<br>HOLMDEL, NJ  07733 | CONTACT: NIKLAS HEUVELDOP<br>PHONE: 1-844-365-9460<br>SUPPORT@VONAGE.COM | TRADE DEBT | | | | $61,112.87 |

Debtor: MBMG HOLDING, LLC, et al.   Case Number (if known): 24-_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7  LIGHTBEAM HEALTH SOLUTIONS 2999 OLYMPUS BLVD SUITE 800 DALLAS, TX 75019 | CONTACT: PAT CLINE PHONE: (972) 831-7270 INFO@LIGHTBEAMHEALTH.COM | TRADE DEBT | | | | $53,244.38 |
| 8  AANEEL INFOTECH 16606 HUTCHISON RD ODESSA, FL 33556 | CONTACT: NIYATI PATEL PHONE: 1-813-909-9555 FAX: 1-813-533-5421 SALES@AANEEL.COM | TRADE DEBT | | | | $46,806.08 |
| 9  AT&T MOBILITY PO BOX 6463 CAROL STREAM, IL 60197-6463 | CONTACT: KAREN A. CAVAGNARO PHONE: 800-331-0500 KM1426@ATT.COM | TRADE DEBT | | | | $41,640.04 |
| 10  CREATION FINANCIAL LLC 7950 NW 53 ST SUITE 221 DORAL, FL 33166 | CONTACT: JOSE ARRIAZA | TRADE DEBT | | | | $37,657.60 |
| 11  CHEBERE APPETITE, INC 4720 NW 167 ST MIAMI GARDENS, FL 33014 | CONTACT: RICARDO GONZALEZ PHONE: 305-454-1900 | TRADE DEBT | | | | $36,041.56 |
| 12  WOW MKTG 804 S DOUGLAS ROAD SUITE 500 EXECUTIVE TOWER CORAL GABLES, FL 33134 | CONTACT: JOSE DANS JUNIOR PHONE: 305-273-8373 | TRADE DEBT | | | | $35,000.00 |
| 13  MIALAB INC 2129 WEST 76TH STREET HIALEAH, FL 33016 | PHONE: 305-364-7100 FAX: 305-364-7558 MICHAEL@MIALAB.COM | TRADE DEBT | | | | $25,916.52 |
| 14  IPOWER TECHNOLOGIES 6111 BROKEN SOUND PARKWAY NW SUITE 170 BOCA RATON, FL 33487 | CONTACT: JARRETT PAVAO PHONE: 877-832-3181 INFO@GOIPOWER.COM | TRADE DEBT | | | | $25,880.74 |
| 15  MERCEDES-BENZ FINANCIAL SERVICES USA LLC 10701 SW 211TH ST. CUTLER BAY, FL 33189 | PHONE: 800-654-6222 MARKETING@MBCORALGABLES.COM | TRADE DEBT | | | | $24,453.46 |
| 16  SCRIVAS LLC 8720 N KENDALL DRIVE SUITE 204 MIAMI, FL 33176 | CONTACT: ALEXANDRA FERNANDEZ PHONE: 888-362-4614 SAI.INFO@SCRIVAS.COM | TRADE DEBT | | | | $24,052.32 |
| 17  SCRIBEEMR, INC 500 WEST CUMMINGS PARK SUITE 2700 WOBURN, MA 01801 | PHONE: 800-200-8739 INFO@SCRIBEEMR.COM | TRADE DEBT | | | | $22,534.75 |
| 18  FPL GENERAL MAIL FACILITY MIAMI, FL 33188-0001 | PHONE: 1-800-226-3545 SUPPORT@FPL.COM | TRADE DEBT | | | | $18,513.58 |
| 19  EVERGREEN 3, LLC 5340 N FEDERAL HWY SUITE 110 LIGHTHOUSE POINT, FL 33064 | CONTACT: HANG NGUYEN | TRADE DEBT | | | | $15,063.23 |
| 20  ISLA MULTI SERVICES 2435 US HWY 98 N LAKELAND, FL 33805 | CONTACT: MARIANO CABA PHONE: 786-953-6000 | TRADE DEBT | | | | $13,740.14 |

Debtor: MBMG HOLDING, LLC, et al.                                    Case Number (if known): 24-_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21  PRIVAMEDIS, LLC  4308 ALTON ROAD SUITE 880  MIAMI BEACH, FL  33140 | CONTACT: MERLINO J GARY  PHONE: 305-604-2888  FAX: 305-604-2887 | TRADE DEBT | | | | $11,830.00 |
| 22  I AM DIVID, LLC  2125 NE 40 AVE  HOMESTEAD, FL  33033 | | TRADE DEBT | | | | $10,000.00 |
| 23  REMEDY REPACK  625 KOLTER DRIVE STE 4  INDIANA, PA  15701 | CONTACT: LAUREN STOUT  PHONE: 1-724-910-8543  LSSTOUT@REMEDYREPACK.COM | TRADE DEBT | | | | $9,977.88 |
| 24  TOWER PROFESSIONAL PLAZA CONDO ASSOCIATIO  381 N KROME AVE  SUITE 205  HOMESTEAD, FL  33030 | CONTACT: LISA PELLERIN  PHONE: 941-928-5657 | TRADE DEBT | | | | $9,465.78 |
| 25  MEDICAL CARE TRANSPORTATION, INC.  2766 NW 62ND ST  MIAMI, FL  33147-7662 | CONTACT: RENE GONZALEZ  PHONE: +1(305)871-1111  HELLO@TRANSPORTATIONAMERICA.COM | TRADE DEBT | | | | $8,541.50 |
| 26  PHARMA DELIVERY GROUP  11384 MIRAMAR PARKWAY  MIRAMAR, FL  33025 | CONTACT: LLISMEL O CABRERO  PHONE: 786-332-2322  INFO@PHARMADELIVERYGROUP.COM | TRADE DEBT | | | | $8,427.00 |
| 27  MARION SIMMONS  507 SANDALWOOD DRIVE  PLANT CITY, FL  33563 | | TRADE DEBT | | | | $8,378.66 |
| 28  TERRACE WALK PLAZA  8902 N. DALE MABRY HIGHWAY  STE. 200  TAMPA, FL  33614 | PHONE: 800.728.5379  FAX: (813) 963-2596  KATKINS@RMCPG.COM | TRADE DEBT | | | | $8,081.45 |
| 29  WASTE MANAGEMENT INC. OF FLORIDA  8801 NW 91ST STREET  MEDLEY, FL  33178 | PHONE: (855) 292-6719  JMILLS@WM.COM | TRADE DEBT | | | | $7,735.10 |
| 30  WASTE CONNECTIONS OF FLORIDA  3840 N.W. 37TH CT  MIAMI, FL  33142-4208 | PHONE: 727-847-9100 | TRADE DEBT | | | | $7,008.21 |