UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                               Chapter 11 Cases

MBMG Holding, LLC,                                                    Case No. 24-20576-CLC

      Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND PAPERS

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Michael I. Goldberg, Esq. of Akerman LLP, hereby gives notice of his appearance as local counsel on behalf of interested parties Conviva Medical Management, LLC ("CMM") and Clinical Care Medical Centers asset acquisition ("CCMC") and requests service of all notices and documents herein upon:

> Michael I. Goldberg, Esquire
> AKERMAN LLP
> 201 E. Las Olas Blvd., Suite 1800
> Fort Lauderdale, Florida 33301
> Telephone (954) 463-2700
> Facsimile (954) 463-2224
> Email: michael.goldberg@akerman.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned Debtor, its property or the estate.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Notices (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo*

78329922;1

review by a District Court judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity under any agreement, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: October 14, 2024	Respectfully submitted,

By: /s/ *Michael I. Goldberg*
Michael I. Goldberg, Esq.
Florida Bar No. 886602
michael.goldberg@akerman.com
**AKERMAN LLP**
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, Florida  33301
Tel: (954) 463-2700
Fax: (954) 463-2224

-
*Counsel for of interested parties Conviva Medical Management, LLC and Clinical Care Medical Centers asset acquisition*

78329922;1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case

By: */s/ Michael I. Goldberg*
    Michael I. Goldberg, Esq.

78329922;1