UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>MBMG HOLDING, LLC, *et al.*,[1]<br><br>　　　Debtors. | Chapter 11 Cases<br><br>Case No. 24-20576-CLC<br><br>(Jointly Administered) |

**FIRST SUPPLEMENTAL
NOTICE OF ASSUMPTION AND CURE COSTS WITH RESPECT
TO EXECUTORY CONTRACTS OR UNEXPIRED LEASES POTENTIALLY TO BE
ASSUMED AND ASSIGNED IN CONNECTION WITH SALE OF DEBTORS' ASSETS**

> **YOU ARE RECEIVING THIS NOTICE BECAUSE YOU
> OR ONE OF YOUR AFFILIATES IS A COUNTERPARTY TO
> AN EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH ONE OR
> MORE OF THE DEBTORS AS SET FORTH ON EXHIBIT A ATTACHED HERETO.**

PLEASE TAKE NOTICE THAT:

　　　1.　　On October 13, 2024, MBMG Holding, LLC, and its affiliated debtors (collectively, the "Debtors")[2] filed the *Debtors' Motion for Entry of an Order (I) Approving Asset Purchase Agreement and Authorizing the Private Sale of Substantially All of the Assets of the Debtors Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens and Interests Except for Permitted Liens and Assumed Liabilities, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [ECF No. 29] (the "Sale Motion") with the United States Bankruptcy Court for the Southern District of Florida (the "Court") in the above-referenced, jointly-administered chapter 11 bankruptcy cases (the "Chapter 11 Cases").

---

[1] The address of the Debtors is 7500 S.W. 8th Street, Ste. 400, Miami, Florida 33144. The last four digits of the Debtors' federal tax identification numbers are: (i) Care Center Medical Group, LLC (9052); (ii) Care Center Network, LLC (5784); (iii) CCMC Physician Holdings, Inc. (4532); (iv) Clinical Care Pharmacy, LLC (2103); (v) Florida Family Primary Care Center, LLC (5005); (vi) Florida Family Primary Care Center of Pasco, LLC (8570); (vii) Florida Family Primary Care Centers of Orlando, LLC (3086); (viii) Florida Family Primary Care Centers of Pinellas, LLC (7075); (ix) Florida Family Primary Care Centers of Tampa, LLC (0631); (x) MB Medical Operations, LLC (8450); (xi) MB Medical Transport, LLC (3476); (xii) MBMG Holding, LLC (3880); (xiii) MBMG Intermediate Holding, LLC (9320); (xiv) Miami Beach Medical Centers, Inc. (3933); (xv) Miami Beach Medical Consultants, LLC (2737); and (xvi) Miami Medical & Wellness Center, LLC (2474).

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them, as applicable, in the Sale Motion or the Purchase Agreement (as such term is defined in the Sale Motion).

2.     The Sale Motion requests the Court's authorization for, among other relief, the Debtors to enter into, and consummate, a certain *Asset Purchase Agreement*, dated as of October 12, 2024, which is attached as Exhibit B to the Sale Motion (as may be amended or otherwise modified from time to time and including all related instruments, documents, exhibits, schedules, and agreements thereto, collectively, the "Purchase Agreement") with Conviva Medical Center Management, LLC (the "Buyer") for the sale (as such term is defined in the Sale Motion, the "Sale") of substantially all of the Debtors' assets (as such term is defined in the Purchase Agreement, the "Purchased Assets").

3.     Copies of (i) the Sale Motion, (ii) the proposed Purchase Agreement, and (iii) the proposed order approving the Sale (as such term is defined in the Sale Motion, the "Sale Order") can be obtained (1) by contacting the Debtors at either (a) *the Chief Restructuring Officer for the Debtors*, c/o Chief Restructuring Officer, MERU, LLC, 1175 Peachtree St NE, Building 100 Suite 1000, Atlanta, GA 30361 (Attn: Nicholas K. Campbell, nick@wearemeru.com), or (b) *the proposed bankruptcy counsel for the Debtors*, Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, Florida 33131 (Attn: Paul Steven Singerman, Esq. (singerman@bergersingerman.com), Jordi Guso, Esq. (jguso@bergersingerman.com), Christopher Andrew Jarvinen, Esq., (cjarvinen@bergersingerman.com), and Samuel Capuano, Esq. (scapuano@bergersingerman.com)), or (2) without charge from the case website maintained by Epiq Corporate Restructuring, LLC, the Debtors' noticing, claims and solicitation agent in connection with the Chapter 11 Cases, at https://dm.epiq11.com/CCMC.

4.     On October 17, 2024, the Debtors filed with the Court their initial *Notice of Assumption and Cure Costs with Respect to Executory Contracts or Unexpired Leases Potentially to be Assumed and Assigned in Connection with Sale of Debtors' Assets* [ECF No. 95] (the "Initial Assumption Notice"). The Initial Assumption Notice provided notice by the Debtors of their intent to potentially assume and assign the prepetition executory contracts or unexpired leases listed on Exhibit A to the Initial Assumption Notice (as defined in the Purchase Agreement, the "Desired 365 Contracts") to the Buyer.

5.     The Debtors hereby provide this first supplemental notice of their intent to potentially assume and assign the additional Desired 365 Contracts listed on **Exhibit A** hereto to the Buyer. **For the avoidance of doubt, this notice supplements, and does not replace, the Initial Assumption Notice**. The inclusion of any executory contract or unexpired lease on **Exhibit A** hereto does not require or guarantee that such executory contract or unexpired lease will actually be assumed or assigned to the Buyer (*i.e.*, be an Assumed Contract, as such term is defined in the Purchase Agreement).

6.     Pursuant to the terms of the Purchase Agreement and Buyer's right to add and/or remove from **Exhibit A** Desired 365 Contracts prior to and after the Closing Date (defined below), the Debtors may seek to assume and assign one or more of the Desired 365 Contracts to the Buyer, subject to approval at the hearing to be held before the Court **on Wednesday, November 20, 2024 at 11:00 a.m. (prevailing Eastern Time) at the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 7, Miami, Florida 33128** (the "Sale Hearing"). The Sale Hearing may be adjourned without notice other than adjournment in open court or as identified on the agenda, and for the avoidance of any doubt, the Sale Hearing is subject to the right of the Debtors, in the reasonable exercise of their business

judgment, to adjourn the Sale Hearing to a later date with the consent of the Buyer, and KKR Loan Administration Services LLC (the "DIP Agent"), which consent shall not be unreasonably withheld, subject to the availability of the Court. On the date of the closing of the transactions contemplated by the Purchase Agreement (as such term is defined in the Purchase Agreement, the "Closing Date"), or as soon thereafter as is reasonably practicable and in accordance with the terms of the Purchase Agreement and the Sale Order, the Debtors or the Buyer, as applicable, will pay the amount the Debtors' records reflect is owing for prepetition arrearages, if any, as set forth on **Exhibit A** hereto (as such term is defined in the Purchase Agreement, the "Cure Costs").  The Debtors' records reflect that all postpetition amounts owing under the Desired 365 Contracts have been paid and will continue to be paid until an assumption and assignment, if any, of a Desired 365 Contract, and that, other than the Cure Costs, there are no other defaults under any of the Desired 365 Contracts.

7.     **Objections, if any, to the Cure Costs or to the assumption and assignment of a Desired 365 Contract to the Buyer, including with respect to adequate assurance of future performance of the Buyer (collectively, a "Contract Objection"), must: (a) be in writing; (b) state the basis of such objection with specificity, including, if applicable, the Cure Costs asserted to be required; (c) include appropriate documentation thereof; (d) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules; (e) be filed with the Court on or before 4:00 p.m. (prevailing Eastern Time) on Wednesday, November 13, 2024 (the "Contract Objection Deadline"); and (e) be served, so as to be received the same day as such Contract Objection is filed, upon**: (1) *the Debtors*, c/o (i) the Chief Restructuring Officer, MERU, LLC, 1175 Peachtree St NE, Building 100 Suite 1000, Atlanta, GA 30361 (Attn: Nicholas K. Campbell, nick@wearemeru.com); and (ii) *the proposed bankruptcy counsel for the Debtors*, Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, Florida 33131 (Attn: Paul Steven Singerman, Esq. (singerman@bergersingerman.com), Jordi Guso, Esq. (jguso@bergersingerman.com), Christopher Andrew Jarvinen, Esq. (cjarvinen@bergersingerman.com) and Samuel Capuano, Esq. (scapuano@bergersingerman.com); (2) *counsel for the Buyer*, Laurence Frazen, Esq. (larry.frazen@bclplaw.com) and Michael Goldberg, Esq. (michael.goldberg@akerman.com); (3) *counsel for the DIP Agent and DIP Lenders* (a) Proskauer Rose LLP, One International Place, Boston, Massachusetts 02110 (Attn: Charles A. Dale, Esq. (cdale@proskauer.com)) and Proskauer Rose LLP, Eleven Times Square, New York, New York 10036 (Attn: Vincent Indelicato, Esq. (vindelicato@proskauer.com) and Matthew R. Koch, Esq. (mkoch@proskauer.com)) and (b) Trenam Law, 101 E Kennedy Boulevard, Suite 2700, Tampa, FL 33602 (Attn: Lara Roeske Fernandez, Esq., LFernandez@trenam.com); (3) *the Office of the United States Trustee*, 51 SW First Avenue, Room 1204, Miami, Florida 33130 (Attn: Nathan A. Wheatley, Esq. (nathan.a.wheatley@usdoj.gov)); and (4) counsel to any official committee appointed in the Chapter 11 Cases (collectively, the "Objection Notice Parties").

8.     If a Contract Objection is timely submitted in accordance with paragraph 7 of this notice, a hearing with respect to the Contract Objection will be held before the Court at the Sale Hearing, or as may be continued by the Debtors and noticed on the agenda filed on the docket, or such date and time as the Court may schedule. **If no objection is timely received, each non-Debtor counterparty to a Desired 365 Contract will be deemed to have consented to the assumption and assignment of the Desired 365 Contract with the Cure Costs set forth herein and the non-Debtor counterparty will forever will be barred from asserting any other claims related to the Desired 365 Contact against the Debtors or the Buyer or the property of any**

3

**of them, including but not limited to a claim related to the propriety or effectiveness of the assumption and assignment of the Desired 365 Contract**.

9. Pursuant to section 365 of the Bankruptcy Code, the Debtors believe there is adequate assurance of future performance that the Cure Costs set forth on **Exhibit A** hereto will be paid in accordance with the terms of the Purchase Agreement and the Sale Order. There is also adequate assurance of the Buyer's future performance under the executory contract or unexpired lease to be assumed and assigned because of the significant resources of the Buyer. If necessary, the Debtors will adduce facts at the hearing on any objection demonstrating the financial wherewithal of the Buyer, and its willingness and ability to perform under the Desired 365 Contract to be assumed and assigned to it (*i.e*., the Assumed Contracts).

10. If a Contract Objection to the Cure Costs is timely filed and received and the parties are unable to consensually resolve the dispute, the amount to be paid under section 365 of the Bankruptcy Code, if any, with respect to such objection will be determined at a hearing to be requested by the Debtors. At the Buyer's discretion, and provided the Debtors escrow the disputed portion of the Cure Costs pursuant to the terms of the Purchase Agreement, the hearing regarding the Cure Costs may be continued until after the Closing Date and the Desired 365 Contract(s) subjected to such Cure Costs shall, with the consent of the Buyer, be assumed and assigned to the Buyer at or following the closing of the Sale per the procedures set forth in the Purchase Agreement and the Sale Order.

11. **If no Contract Objection is timely received, the Cure Costs set forth in Exhibit A hereto will be controlling, notwithstanding anything to the contrary in any Desired 365 Contract or any other related document, and each non-Debtor counterparty to the Desired 365 Contracts will be deemed to have consented to the Cure Costs for the purposes of the Sale and will be forever barred from asserting any other claims in respect of such Desired 365 Contract or the Cure Costs against the Debtors, the Buyer, or the property of any of them**. **The failure of any objecting person or entity to timely file its objection will be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Motion, the Sale or the Debtors' consummation of and performance under the Purchase Agreement (including the transfer of the Purchased Assets and the Assumed Contracts free and clear of all claims, liens, encumbrances, and interests), if authorized by the Court**.

12. **Unless a non-Debtor counterparty to any Desired 365 Contract files a timely Contract Objection to the assumption and assignment of the applicable Desired 365 Contract by the Buyer, then such non-Debtor counterparty shall be deemed to have (i) consented to the assumption and assignment of the applicable Desired 365 Contract to the Buyer with the Cure Costs set forth on Exhibit A to this notice and (ii) waived and released any and all other rights to object to the Cure Costs or the assumption and assignment of the Desired 365 Contract to the Buyer.**

13. Prior to and after the Closing Date, the Debtors or the Buyer may (i) amend their decision with respect to the potential assumption and assignment of any Desired 365 Contract that has not already been assumed and assigned by the Debtors to the Buyer as a part of the Sale, including amending the Cure Costs, and (ii) provide a new notice amending the information provided in this notice, including, without limitation, a determination by the Debtors not to assume

and assign to the Buyer certain of the prepetition executory contracts or leases listed on **<u>Exhibit A</u>** hereto or any new or amended notice.

Dated: October 23, 2024					Respectfully submitted,

							BERGER SINGERMAN LLP
							*Proposed Counsel for the Debtors and*
							*Debtors-in-Possession*
							1450 Brickell Avenue, Ste. 1900
							Miami, FL  33131
							Telephone: (305) 755-9500
							Facsimile: (305) 714-4340

							By:   */s/ Christopher Andrew Jarvinen*
								Paul Steven Singerman
								Florida Bar No. 378860
								singerman@bergersingerman.com
								Christopher Andrew Jarvinen
								Florida Bar No. 021745
								cjarvinen@bergersingerman.com
								Samuel J. Capuano
								Florida Bar No. 90946
								scapuano@bergersingerman.com

<u>**Exhibit "A"**</u>

**Additional List of Desired 365 Contracts and Cure Costs**

**(Note:  The Attached <u>Exhibit "A"</u> Supplements, and Does Not Replace, the Exhibit "A" Attached to the Initial Assumption Notice)**

13281935-11

**CCMC** <span style="color:red">Subject to Revision</span>

Notes:
* Executory Contracts as of 10.23.2024 for First Supplemental Assumption Notice

| Index # | Debtor/Legal Entity | Nature of the Debtor's Interest | Counterparty Name | Noticing Address | Executory Contract Title | Cure Cost |
|---|---|---|---|---|---|---|
| 267 | Rodolfo Dumenigo, M.D., P.A. (now known as Miami Beach Medical Centers, Inc.) | Payor Contracts | Humana Medical Plan, Inc, PCA Family Health Plan, Inc. and Humana Health Insurance Company of Florida, Inc | Attn. Law Department P.O Box 1438, Louisville, Kentucky, 40201-1438 | Specialist Physician Participation Agreement, dated October 28, 2005, by and among Rodolfo Dumenigo, M.D., Humana Medical Plan, Inc. PCA Health Plans of Florida, Inc., PCA Family Health Plan, Inc., Humana Health Insurance Company of Florida, Inc., Humana Insurance Company, Employers Health Insurance Company, and PCA Life Insurance Company, as amended | $0.00 |
| 268 | Rodolfo Dumenigo, M.D., P.A. (now known as Miami Beach Medical Centers, Inc.) | Payor Contracts | Humana Insurance Company, Humana Health Insurance compay of Florica, Inc., Humana Medical Plan, Inc | Attn. Law Department P.O Box 1438, Louisville, Kentucky, 40201-1438 | Physician Participation Agreement, dated July 1, 2010, by and among Rodolfo Dumenigo, M.D., Humana Insurance Company, Humana Health Insurance Company of Florida, Inc., and Humana Medical Plan, Inc., as amended | $0.00 |
| 269 | Rodolfo Dumenigo, M.D., P.A. (now known as Miami Beach Medical Centers, Inc.) | Payor Contracts | Humana Insurance Company, Humana Health Insurance Company, of Florida, Inc.m Humana Medical Plan, Inc | Attn. Law Department P.O Box 1438, Louisville, Kentucky, 40201-1438 | Independent Practice Association Agreement, effective November 1, 2020, by and among Rodolfo Dumenigo MD, PA, Humana Insurance Company, Humana Health Insurance Company, of Florida, Inc.m Humana Medical Plan, Inc., and their affiliates who underwrite their plans | $0.00 |
| 270 | Care Center Network, Inc. | Payor Contracts | Solis Health Plans, Inc | 9250 NW 36th Street, Suite 400, Doral, Florida 33178 | Network Provider Agreement, dated October 1, 2014, by and between Care Center Network, Inc. and Solis Health Plans, Inc., as amended | $0.00 |
| 271 | Florida Family Primary Care Center of Pasco, LLC | Payor Contracts | UnitedHealthcare | 2300 W PLANO PKWY # C1E105 Plano, TX 75075-8427 | Medical Group Participation Agreement, effective September 1, 2020, by and among Florida Family Primary Care Center of Pasco, UnitedHealthcare Insurance Company, on behalf of itself, UnitedHealthcare of Florida, Inc., and its Affiliates | $0.00 |
| 272 | Florida Family Primary Care Centers of Pinellas, LLC | Payor Contracts | UnitedHealthcare | 2300 W PLANO PKWY # C1E105 Plano, TX 75075-8427 | Medical Group Participation Agreement, effective September 1, 2020, by and between Florida Family Primary Care Center of Pinellas and UnitedHealthcare Insurance Company, on behalf of itself, UnitedHealthcare of Florida, Inc. and its Affiliates | $0.00 |
| 273 | Florida Family Primary Care Center, LLC | Payor Contracts | UnitedHealthcare | 2300 W PLANO PKWY # C1E105 Plano, TX 75075-8427 | Medical Group Participation Agreement, effective September 1, 2020, by and between Florida Family Primary Care Centers and UnitedHealthcare Insurance Company, on behalf of itself, UnitedHealthcare of Florida, Inc. and its Affiliates | $0.00 |
| 274 | Florida Family Primary Care Centers of Pinellas, LLC / Florida Family Primary Care Centers of Tampa, LLC / Florida Family Primary Care Centers of Pasco, LLC | Payor Contracts | UnitedHealthcare | 2300 W PLANO PKWY # C1E105 Plano, TX 75075-8427 | Medicare Advantage Network Risk Agreement, dated February 1, 2019, by and among Florida Family Primary Care Centers of Tampa, LLC, Florida Family Primary Care Centers of Pinellas, LLC, Florida Family Primary Care Center of Pasco and United Healthcare of Florida, Inc., as amended | $0.00 |
| 275 | Florida Family Primary Care Centers of Tampa, LLC | Payor Contracts | Simply Healthcare Plans, Inc. | c/o Legal Department 9250 W. Flagler St., Suite 600 Miami, FL 33174 | Network Provider Agreement, undated, by and between Florida Family Primary Care Centers of Tampa, LLC and Simply Healthcare Plans, Inc. | $0.00 |
| 276 | Miami Beach Medical Consultants, LLC | Payor Contracts | Preferred Care Partners, INC and Medica Healthcare Plans | 9100 S. Dadeland Blvd., Suite 1250 Miami, FL 33156-7838 | Offset Agreement, dated January 1, 2018, by and among Miami Beach Medical Consultants, LLC, Professional Health Alliance, LLC, Preferred Care Partners, Inc. and Medica Healthcare Plans, Inc. | $0.00 |
| 277 | Care Center Network, LLC | Payor Contracts | Preferred Care Partners, INC | 9100 S. Dadeland Blvd., Suite 1250 Miami, FL 33156-7838 | Medicare Advantage Network Risk Agreement, dated August 1, 2018, by and between Care Center Network, Inc. and Preferred Care Partners, Inc. | $0.00 |
| 278 | Rodolfo Dumenigo, M.D., P.A. (now known as Miami Beach Medical Centers, Inc.) | Payor contracts | Aetna Inc. | Southeast Region Health Delivery Operaions Royal Centre One 11675 Great Oaks Way, Second Floor Alpharetta, GA 30022<br>Aetna, Inc. 8201 Peters Rd Suite #2001 Plantation, FL 33324<br>Aetna Behavioral Health P.O. Box 5 Mail Stop F226 Blue Bell, PA 19422 | Physician Group Agreement, dated October 7, 2009, by and between Rodolfo Dumenigo, MD PA and Aetna, Inc. | $0.00 |
| 279 | Miami Medical & Wellness Center, LLC | Payor contracts | Careplus Health Plans, Inc. | 8200 NW 41 Street, Suite 305 Doral, Florida 33166 | Network Agreement, dated March 1, 2014, by and between Miami Medical & Wellness Center, LLC and CarePlus Health Plans, Inc., as amended | $0.00 |
| 280 | MB Medical Operations, LLC | Provider Contract - MSO | VIP Family Practice | VIP Family Practice, LLC 401-403 West Oak St Kissimmee, FL 34741 | Provider Participation Agreement, dated October 1, 2021, by and between Care Center Medical Group, LLC and VIP Family Practice, LLC | $0.00 |
| 281 | Care Center Network, LLC | Provider Contract - MSO | Wellcare Medical Clinic | 5801 NW 151st, Suite 203 Miami Lakes, FL 33014 | Provider Participation Agreement, dated October 1, 2021, by and between Care Center Network, LLC and Wellcare Medical Clinic | $0.00 |
| 282 | Care Center Network, LLC | Provider Contract - MSO | Mi Casa Medical Center, LLC | 8352 SW 40th St. Miami, FL 33155 Attn: Oscar J. Dominguez, MD | Provider Participation Agreement, dated October 1, 2021, by and between Care Center Network, LLC and Mi Casa Medical Center, LLC | $0.00 |
| 283 | Care Center Network, LLC | Provider Contract - MSO | Optimal Health Medical Center, Inc. | 17235 NW 27th Ave Miami Gardens, FL 33056 | Provider Participation Agreement, dated October 1, 2022, by and between Care Center Network, LLC and Optimal Health Medical Center, Inc. | $0.00 |
| 284 | Care Center Network, LLC | Provider Contract - MSO | Primary Medical Physcians, LLC | 7050 Taft St. Hollywood, FL 33024 | Provider Participation Agreement, dated October 1, 2021, by and between Care Center Network, LLC and Primary Medical Physicians, LLC | $0.00 |

| # | Entity | Contract Type | Counterparty | Address | Description | Amount |
|---|---|---|---|---|---|---|
| 285 | Care Center Network, LLC | Provider Contract - MSO | Prime Health Medical Center, LLC | 280 NW 183rd ST. Miami, FL 33169 | Provider Participation Agreement, dated September 20, 2021, by and between Care Center Network, LLC and Prime Health Medical Center, L.L.C. | $0.00 |
| 286 | Care Center Network, LLC | Provider Contract - MSO | El Ritero Medical Center, Corp. | 1818 W Flagler St Miami, FL 33135 | Provider Participation Agreement, dated January 1, 2021, by and between Care Center Network, LLC and El Retiro Medical Center, Corp. | $0.00 |
| 287 | Care Center Network, LLC | Provider Contract - MSO | Gilda Maria De La Calle, MD, PA | 10775 SW 56th St. Miami, FL 33165 Attn: Gilda M. De la Calle, MD | Provider Participation Agreement, dated November 1, 2021, by and between Care Center Network, LLC and Gilda Maria De La Calle, MD, PA | $0.00 |
| 288 | Care Center Network, LLC | Provider Contract - MSO | St Jude Medical Corp. (Vidamax) | 2141 NW 7TH St., Miami, FL 33125 | Provider Participation Agreement, dated October 1, 2021, by and between Care Center Network, LLC and St. Jude Medical Corp. | $0.00 |
| 289 | Care Center Network, LLC | Provider Contract - MSO | Hilda M. Brito MD, PA | 14285 SW 42nd St. Suite 208 Miami, FL 33175 | Provider Participation Agreement, dated April 1, 2021, by and between Care Center Network, LLC and Hilda M. Brito M.D., P.A | $0.00 |
| 290 | Care Center Network, LLC | Provider Contract - MSO | Horizon Care Medical Center, Inc. | 1200 NW 78th Ave Suite 105 Doral, FL 33126 | Provider Participation Agreement, dated February 1, 2024, by and between Care Center Network, LLC and Horizon Care Medical Center, Inc. | $0.00 |
| 291 | Care Center Network, LLC | Provider Contract - MSO | John V. Williams, MDPA | 10081 Pines Blvd. Ste D Pembroke Pines, FL 33024 | Provider Participation Agreement, dated February 1, 2022, by and between Care Center Network, LLC and John V. Williams, M.D. P.A. | $0.00 |
| 292 | MB Medical Operations, LLC | Provider Contract - MSO | Managed Care Insurance Consultants, Inc | 203 Park Place Blvd., Kissimmee, FL 34741 | Provider Participation Agreement, dated October 1, 2021, by and between Care Center Medical Group and Managed Care Insurance Consultants, Inc. | $0.00 |
| 293 | Care Center Network, LLC | Provider Contract - MSO | Aracelli Yapor, MD PA | 7975 NW 154th St., Miami Lakes, FL 33016 | Provider Participation Agreement, dated October 1, 2021, by and between Care Center Network, LLC and Araceli Yapor, M.D., P.A. | $0.00 |
| 294 | Care Center Network, LLC | Provider Contract - MSO | Homeland Health Solutions (Care Cross Medica) | 447 N Krome Ave, Homestead FL, 33030 | Provider Participation Agreement, dated October 1, 2021, by and between Care Center Network, LLC and Homeland Health Solutions Inc. d/b/a CareCross Medical Center | $0.00 |
| 295 | Care Center Network, LLC | Provider Contract - MSO | Context Medical Group Inc. | 10550 NW 77th Ct., Suite 305, Hialeah, FL 33018 | Provider Participation Agreement, dated October 1, 2022, by and between Care Center Network, LLC and Context Medical Group, Inc. | $0.00 |
| 296 | Care Center Network, LLC | Provider Contract - MSO | Fardales Medical Center, Inc | 1806 N. Flamingo Road, #180, Pembroke Pines, FL 33028 | Provider Participation Agreement, dated October 1, 2021, by and between Care Center Network, LLC and Fardales Medical Center, Inc. | $0.00 |
| 297 | Care Center Network, LLC | Provider Contract - MSO | Garcia Saez Medical Group Corp. | 411 SW 27th Ave. Second Floor Miami, FL 33135 | Provider Participation Agreement, dated June 1, 2021, by and between Care Center Network, LLC and Garcia Saez Medical Group Corp. | $0.00 |
| 298 | Care Center Network, LLC | Provider Contract - MSO | Wisecare of Florida, P.A. | 3501 13th St., St. Cloud, FL 34769 | Provider Participation Agreement, dated October 1, 2021, by and between Care Center Network, LLC and Wisecare of Florida, P.A. | $0.00 |
| 299 | Care Center Network, LLC | Provider Contract - MSO | United Medical Group, Inc. | 1401 SW 1st St. Suite 101 Miami, FL 33135 | Provider Participation Agreement, dated March 17, 2021, by and between Care Center Network, LLC and United Medical Group, Inc. | $0.00 |
| 300 | Care Center Network, LLC | Provider Contract - MSO | New Health MD Hialeah LLC (Valentus) | 4751 W 4th Ave, Hialeah, FL 33012 | Provider Participation Agreement, dated January 1, 2024, by and between Care Center Network, LLC and New Health MD of Hialeah LLC | $0.00 |
| 301 | MB Medical Operations, LLC | Payor Contract | Physicians for MA Beneficiaries | 326 First Street, Suite 28 Annapolis, MD 21403 | Membership Agreement for Physicians for Medicare Advantage Beneficiaries, dated January 1, 2024, by and between Clinical Care Medical Centers and the Physicians for MA Beneficiaries | $0.00 |
| 302 | MB Medical Operations, LLC | Equipment and Financing (Patterson Dental Supply) | Patterson Dental Supply, Inc. | 1031 Mendota Heights Road Attn: Equip Finance St Paul MN 55120 | Installment Sale Contract – Security Agreement #736500, effective February 7, 2023, by and among Louis Hernandez Abreu, MB Medical Operations, LLC and Patterson Dental Supply, Inc. | $0.00 |
| 303 | MB Medical Operations, LLC | Equipment and Financing (Patterson Dental Supply) | Patterson Dental Supply, Inc. | 1031 Mendota Heights Road Attn: Equip Finance St Paul MN 55120 | Installment Sale Contract – Security Agreement #736498, effective February 7, 2023, by and among Louis Hernandez Abreu, MB Medical Operations, LLC and Patteson Dental Supply, Inc. | $0.00 |
| 304 | MB Medical Transport, LLC | Equipment and Financing (Mercedes Benz) | Mercedes Benz Financial Services | 10701 SW 211th St. Cutler Bay, FL 33189 305/251 0345 | Retail Installment Sale Contract, dated January 27, 2022, by and between MB Medical Transport LLC and Mercedes-Benz of Cutler Bay (VIN W1Z4EGHY4MT077729) | See Initial Assumption Notice, See #154 |
| 305 | MB Medical Transport, LLC | Equipment and Financing (Mercedes Benz) | Mercedes Benz Financial Services | 10701 SW 211th St. Cutler Bay, FL 33189 305/251 0345 | Retail Installment Sale Contract, dated January 27, 2022, by and between MB Medical Transport LLC and Mercedes-Benz of Cutler Bay (VIN W1Z4EGHYXMT079355) | See Initial Assumption Notice, See #154 |
| 306 | MB Medical Transport, LLC | Equipment and Financing (Mercedes Benz) | Mercedes Benz Financial Services | 10701 SW 211th St. Cutler Bay, FL 33189 305/251 0345 | Retail Lease Order, dated November 9, 2021, by and between MB Medical Transport, LLC and [Dealer] (VIN W1Z4EGHY0MT074598) | See Initial Assumption Notice, See #154 |
| 307 | MB Medical Transport, LLC | Equipment and Financing (Mercedes Benz) | Mercedes Benz Financial Services | 10701 SW 211th St. Cutler Bay, FL 33189 305/251 0345 | Retail Lease Order, dated November 9, 2021, by and between MB Medical Transport, LLC and [Dealer] (VIN W1Z4EGHY0MT074682) | See Initial Assumption Notice, See #154 |
| 308 | MB Medical Transport, LLC | Equipment and Financing (Mercedes Benz) | Mercedes Benz Financial Services | 10701 SW 211th St. Cutler Bay, FL 33189 305/251 0345 | Retail Lease Order, dated November 9, 2021, by and between MB Medical Transport, LLC and [Dealer] (VIN W1Z4EGHY2MT073629) | See Initial Assumption Notice, See #154 |
| 309 | MB Medical Transport, LLC | Equipment and Financing (Mercedes Benz) | Mercedes Benz Financial Services | 10701 SW 211th St. Cutler Bay, FL 33189 305/251 0345 | Retail Lease Order, dated November 9, 2021, by and between MB Medical Transport, LLC and [Dealer] (VIN W1Z4EGHY2MT075400) | See Initial Assumption Notice, See #154 |

| | | | | | |
|---|---|---|---|---|---|
| 310 | MB Medical Transport, LLC | Equipment and Financing (Mercedes Benz) | Mercedes Benz Financial Services | 10701 SW 211th St. Cutler Bay, FL 33189 305/251 0345 | Retail Lease Order, dated November 9, 2021, by and between MB Medical Transport, LLC and [Dealer] (VIN W1Z4EGHY6MT073682) | See Initial Assumption Notice, See #154 |
| 311 | MB Medical Transport, LLC | Equipment and Financing (Mercedes Benz) | Mercedes Benz Financial Services | 10701 SW 211th St. Cutler Bay, FL 33189 305/251 0345 | Retail Lease Order, dated November 9, 2021, by and between MB Medical Transport, LLC and [Dealer] (VIN W1Z4EGHY8MT073957) | See Initial Assumption Notice, See #154 |
| 312 | MB Medical Operations, LLC | Vendor Agreements | Otis Elevator Company | 55 W Pineloch Ave Orlando, FL 32806 | Otis Elevator Agreement, dated on or around September 27, 2021, by and between Clinical Care Medical Centers and Otis Elevator Company | $0.00 |
| 313 | MB Medical Operations, LLC | Marketing | WOW MKTG | 804 S. Douglas Road Executive Tower, 5th Floor Coral Gables, FL 33134 | Proposed Scope of Services, dated on or around January 9, 2024, by and between Clinical Care Medical Centers and WOW MKTG | See Initial Assumption Notice, See #262 |
| 314 | MB Medical Operations, LLC | Meals | Blesssed Kitchen, LLC | 810 W. Colonial Blvd, Orlando FL | Purchase Agreement, dated on or around June 26, 2024, by and between Clinical Care Medical Centers and Blessed Kitchen, LLC (South Semoran Location) | $0.00 |
| 315 | MB Medical Operations, LLC | Vendor Agreements | Healthcare Environmental Services, LLC | 8496 NW 61 ST Miami, FL 33166 | Biomedical Waste Service Agreement, dated May 21, 2022, by and between Clinical Care Medical Centers (Semoran) and Healthcare Environmental Services, LLC | $0.00 |
| 316 | MB Medical Operations, LLC | Vendor Agreements | Healthcare Environmental Services, LLC | 8496 NW 61 ST Miami, FL 33166 | Biomedical Waste Service Agreement, dated May 3, 2023, by and between MB Medical Operations, LLC and Healthcare Environmental Services, LLC | $0.00 |
| 317 | MB Medical Operations, LLC | Vendor Agreements | Healthcare Environmental Services, LLC | 8496 NW 61 ST Miami, FL 33166 | Biomedical Waste Service Agreement, dated May 8, 2023, by and between MB Medical Operations, LLC and Healthcare Environmental Services, LLC | $0.00 |
| 318 | MB Medical Operations, LLC | Telecommunication License Agreement | Vonage Business, Inc. | PO BOX 392415 PITTSBURGH, PA 15251-9415 | Order Form dated October 21, 2021, by and between Clinical Care Medical Center and Vonage Business, Inc., including that certain Statement of Work (Order #CLD566383) | See Initial Assumption Notice, Index #257 |
| 319 | MB Medical Operations, LLC | Vendor Agreements | Summer Fire Sprinklers, Inc. | 4980 West 10th Ave. Hialeah, FL 33012 | Fire Protection System Inspection Agreement, dated on or around December 4, 2023, by and between MB Medical Centers and Summer Fire Sprinklers, Inc. | $0.00 |
| 320 | MB Medical Operations, LLC | Technology | Hi-Tech Security & Communications, Inc. | 14211 SW 160th Terrace Miami, Florida 33177 | Standard Security Installation & Monitoring Agreement, dated March 30, 2023, by and between Clinical Care Medical Centers and Hi-Tech Security & Communications, Inc. | $0.00 |
| 321 | MB Medical Operations, LLC | Technology | Hi-Tech Security & Communications, Inc. | 14211 SW 160th Terrace Miami, Florida 33177 | Standard Security Installation & Monitoring Agreement, dated September 1, 2020, by and between Miami Beach Medical Group Delray Beach 2 and Hi-Tech Security & Communications, Inc. | $0.00 |
| 322 | MB Medical Operations, LLC | Vendor Agreements | Ascendo Hiring Services | 500 W. CYPRESS CREEK ROAD SUITE 230 FORT LAUDERDALE, FL 33309 | Direct Hire Fee Agreement, dated February 13, 2019, by and between MBMG Medical Centers and Ascendo Hiring Services | $0.00 |
| 323 | MB Medical Operations, LLC | Vendor Agreements | TECKpert | 14707 S Dixie Hwy Suite 214 Palmetto Bay, FL 33176 | Addendum A to Master Services Agreement, dated on or around February 2, 2023, by and between Clinical Care Medical Centers and TECKpert | $0.00 |
| 324 | MB Medical Operations, LLC | Vendor Agreements | Medix Staffing Solutions, LLC | 7839 Solution Center Chicago, IL 60677-7008 | Service Agreement, dated March 1, 2023, by and between MB Medical Operations, LLC d/b/a Clinical Care Medical Centers and Medix Staffing Solutions, LLC | $0.00 |
| 325 | MB Medical Operations, LLC | Vendor Agreements | 3WON, LLC | 115 E Ogden Ave. Suite 105-313 Naperville, IL | Primary Services Agreement, dated April 19, 2022, by and between Clinical Care Medical Centers and 3WON, LLC | $0.00 |
| 326 | MB Medical Operations, LLC | Transportation | Fuel Services, Corp. | 2300 W 84th St. Suite 101 Hialeah, FL 33016 | Fuel Service Agreement, dated March 4, 2024, by and between Clinical Care Medical Centers and American Fuel Services, Corp. | $0.00 |
| 327 | MB Medical Operations, LLC | Vendor Agreements | Carlos Peres Jr. & Sons Corp. | PO Box 5462 Miami Lakes, FL 33014 | Independent Contractor Agreement and Statement of Work, dated August 26, 2023, by and between MB Medical Operations, LLC, d.b.a. Clinical Care Medical Centers and its affiliates and Carlos Perez Jr & Sons Corp. | $0.00 |
| 328 | MB Medical Operations, LLC | Technology | Oracle America, Inc. | 2300 Oracle Way Austin, TX 78741 | Estimate Order Form No. 743034, dated August 20, 2021, by and between MB Medical Operations, LLC and Oracle America, Inc. | $0.00 |
| 329 | MB Medical Operations, LLC | Technology | Oracle America, Inc. | 2300 Oracle Way Austin, TX 78741 | Estimate Order Form No. 925306, dated October 18, 2021, by and between MB Medical Operations, LLC and Oracle America, Inc. | $0.00 |
| 330 | MB Medical Operations, LLC | Technology | Oracle America, Inc. | 2300 Oracle Way Austin, TX 78741 | Estimate Order Form No. 895985, dated on or around August 14, 2021, by and between MB Medical Operations, LLC and Oracle America, Inc. | $0.00 |
| 331 | MB Medical Operations, LLC | Technology | Oracle America, Inc. | 2300 Oracle Way Austin, TX 78741 | Estimate Order Form No. 1057170, dated July 28, 2022, by and between MB Medical Operations, LLC and Oracle America, Inc. | $0.00 |
| 332 | MB Medical Operations, LLC | Vendor Agreements | QTS | 12851 Foster Street Overland Park, KS 66213 Attn: Legal Department Email: legal@qtsdatacenters.com | Global Terms and Conditions, undated, with QTS | $0.00 |
| 333 | Rodolfo Dumenigo, M.D., P.A. (now known as Miami Beach Medical Centers, Inc.) | Professional Fees | CPM Quality Associations | 7500 SW 147th Ct. Miami, FL 33193 | Consulting Agreement, dated January 14, 2022, by and between Rodolfo Dumenigo, M.D., P.A. and CPM Quality Associations | $0.00 |
| 334 | MB Medical Operations, LLC | Vendor Agreements | Convey Health Solutions, Inc. | 350 N Orleans St., 7th FL Chicago, IL 60654 | Business Associate Agreement, dated August 5, 2021, by and between MB Medical Operations, LLC and Convey Health Solutions, Inc. | $0.00 |

SUBJECT TO MATERIAL CHANGE

| | | | | | | |
|---|---|---|---|---|---|---|
| 335 | MB Medical Operations, LLC | Vendor Agreements | Horus Intellicare Solutions, Inc. | 11760 Bird Road Suite 741<br>Miami, FL 33175 | Business Associate Agreement, dated April 15, 2023, by and between MB Medical Operations, LLC and Horus Intellicare Solutions, Inc. | $0.00 |
| 336 | MB Medical Operations, LLC | Vendor Agreements | Recordquest, LLC | 537 Long Point Road Suite 101<br>Mt. Pleasant, SC 29464 | Business Associate Agreement, dated September 17, 2021, by and between MB Medical Operations, LLC and RecordQuest, LLC | $0.00 |
| 337 | MB Medical Operations, LLC | Vendor Agreements | Skin MD Miami Group | 351 NW LE JEUNE RD SUITE 502<br>Miami, FL 33126 | Business Associate Agreement, dated April 9, 2024, by and between MB Medical Operations, LLC and Skin MD Miami Group | $0.00 |
| 338 | MB Medical Operations, LLC | Technology | Karv Technologies, Ltd. | Office-207, Leela Grandeur<br>2nd Floor, Solapur Highway Manjari (BK) Pune Maharashra 412307 | Business Associate Agreement, dated March 15, 2024, by and between MBMO and Karv Technologies Pvt. Ltd. | $0.00 |
| 339 | MB Medical Operations, LLC | Vendor Agreements | Musica Strings of Miami | 289 Northwest Miami Drive 33126 | Confidentiality and Non-Disclosure Agreement, undated, by and between MBMO and Musical Strings of Miami | $0.00 |
| 340 | MB Medical Operations, LLC | Vendor Agreements | Gold Coast Maintenance, LLC | 7789 NW 52nd St. Doral FL | Confidentiality and Non-Disclosure Agreement, undated, by and between MBMO and Gold Cost Maintenance, LLC | $0.00 |
| 341 | MB Medical Operations, LLC | Technology | Oracle America, Inc. | 2300 Oracle Way Austin, TX 78741 | Fixed Price Statement of Work, undated, by and between MBMO and Oracle America, Inc. | $0.00 |
| 342 | MB Medical Operations, LLC | Professional Fees | Atlantix Partners, LLC | 800 Corporate Dr Suite 408, Fort Lauderdale, FL 33334 | Statement of Work, dated May 31, 2023, by and between Clinical Care and Atlantix Partners, LLC | $0.00 |
| 343 | MBMG Holding, LLC | Professional Fees | Atlantix Partners, LLC | 800 Corporate Dr Suite 408, Fort Lauderdale, FL 33334 | Statement of Work, dated July 5, 2022, by and between MBMG Holding, LLC and Atlantix Partners, LLC | $0.00 |
| 344 | MBMG Holding, LLC | Professional Fees | Atlantix Partners, LLC | 800 Corporate Dr Suite 408, Fort Lauderdale, FL 33334 | Statement of Work, dated July 26, 2022, by and between MBMG Holding, LLC and Atlantix Partners, LLC | $0.00 |
| 345 | MB Medical Operations, LLC | Professional Fees | Atlantix Partners, LLC | 800 Corporate Dr Suite 408, Fort Lauderdale, FL 33334 | Statement of Work, dated September 23, 2020, by and between Miami Beach Medical Group Medical Centers and Atlantix, Partners, LLC | $0.00 |
| 346 | MB Medical Operations, LLC | Professional Fees | Atlantix Partners, LLC | 800 Corporate Dr Suite 408, Fort Lauderdale, FL 33334 | Statement of Work, dated on or around October 11, 2022, by and between Clinical Care and Atlantix Partners, LLC | $0.00 |
| 347 | MB Medical Operations, LLC | Professional Fees | Atlantix Partners, LLC | 800 Corporate Dr Suite 408, Fort Lauderdale, FL 33334 | Statement of Work, dated October 24, 2022, by and between Clinical Care and Atlantix Partners, LLC | $0.00 |
| 348 | MB Medical Operations, LLC | Professional Fees | Atlantix Partners, LLC | 800 Corporate Dr Suite 408, Fort Lauderdale, FL 33334 | Statement of Work, dated March 14, 2022, by and between Miami Beach Medical Group Medical Centers and Atlantix Partners, LLC | $0.00 |
| 349 | MB Medical Operations, LLC | Professional Fees | Atlantix Partners, LLC | 800 Corporate Dr Suite 408, Fort Lauderdale, FL 33334 | Statement of Work, dated March 5, 2021, by and between Miami Beach Medical Group Medical Centers and Atlantix Partners, LLC | $0.00 |
| 350 | MB Medical Operations, LLC | Professional Fees | Atlantix Partners, LLC | 800 Corporate Dr Suite 408, Fort Lauderdale, FL 33334 | Master Service Agreement, dated June 5, 2020, by and between Miami Beach Medical Group Medical Centers and Atlantix Partners, LLC, including that certain Appendix A: Terms and Conditions therein | $0.00 |
| 351 | MB Medical Operations, LLC | Professional Fees | CompHealth Associates | PO Box 972625 Dallas TX 75397-2625 | Contingency Search Agreement, dated August 12, 2022, by and between Clinical Care Medical Center and CompHealth Associates, Inc. | $0.00 |